# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KIEFER, GLORIA | § | Case No. 10-48966 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Jeffrey P. Allsteadt
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/26/2015 in Courtroom 680,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Jeffrey P. Allsteadt_____
                                                     Clerk of The United States Bankruptcy
                                                                  Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
KIEFER, GLORIA  §   Case No. 10-48966
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 91,339.42 |
| leaving a balance on hand of[1] | $ | 8,660.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 4,125.00 | $ 0.00 | $ 4,125.00 |
| Trustee Expenses: Phillip D. Levey | $ 47.56 | $ 0.00 | $ 47.56 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 2,673.00 | $ 0.00 | $ 2,673.00 |

Total to be paid for chapter 7 administrative expenses   $   6,845.56
Remaining Balance   $   1,815.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,795.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,246.58 | $ 0.00 | $ 1,668.39 |
| 000002 | Chase Bank USA,N.A | $ 548.98 | $ 0.00 | $ 146.63 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,815.02 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 10-48966-JPC
Gloria Kiefer                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2           Date Rcvd: Feb 03, 2015
                 Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2015.
```
db            +Gloria Kiefer,    1225 Carswell Ave.,     Elk Grove Village, IL 60007-4607
16362165       American Express,    P.O. Box 360001,     Fort Lauderdale, FL 33336-0001
16362166       Chase,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
17010727      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas,Tx 75374-0933
16362168       Chase Home Finance,    3415 Vision Dr,    Columbus, OH 43219-6009
16362167      +Chase Home Finance,    c/o Codilis & Associates,    15W030 North Frontage Rd., #100,
               Burr Ridge, IL 60527-6921
16362170      +Dr. Marie C. Schlund,    209 N. Walnut St,    Itasca, IL 60143-1730
16362173       HSBC,    P.O. Box 17313,    Baltimore, MD 21297-1313
16362176     ++KRAMER & ASSOCIATES,    401 HACKENSACK AVENUE,    9TH FLOOR,    HACKENSACK NJ 07601-6402
              (address filed with court: Kramer & Associates,    P.O. Box 500,    Westwood, NJ 07675)
16362177      +Lagattuta DeGrazia & Oefelein, P.C.,    1515 East Woodfield Rd.,    Suite 880,
               Schaumburg, IL 60173-5437
16362182      +Vrdolyak Law Group, LLC,    9618 S. Commercial Ave.,    Chicago, IL 60617-5021
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16362169       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2015 02:51:40     Discover,   POB 6103,
               Carol Stream, IL 60197-6103
16860415       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2015 02:51:40     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16362171       E-mail/Text: bknotice@erccollections.com Feb 04 2015 02:39:04     Enhanced Recovery Corp,
               8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
16362172       E-mail/Text: data_processing@fin-rec.com Feb 04 2015 02:38:33
               Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
16362175       E-mail/Text: bnckohlsnotices@becket-lee.com Feb 04 2015 02:38:18     Kohl's,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
16362181      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 04 2015 02:39:19     Transworld System Inc,
               1375 East Woodfield Rd., #110,    Schaumburg, IL 60173-5423
                                                                                              TOTAL: 6
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Vrdolyak Law Group
16362174       Joseph F. Sarillo
16362178       Medical Providers (future),    c/o Insurance co (subro rts)
16362180       Richard D. Kiefer
16362179     ##Redline Recovery Services, LLC,    11675 Rainwater Dr.,    Ste. 350,    Alpharetta, GA 30009-8693
                                                                                              TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2015 at the address(es) listed below:
```
              Benjamin  Kelly    on behalf of Debtor Gloria  Kiefer benkellysr@comcast.net
              Jose G Moreno    on behalf of Creditor   Chase Home Finance, LLC nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,    plevey@ecf.epiqsystems.com
```

```
District/off: 0752-1            User: froman              Page 2 of 2              Date Rcvd: Feb 03, 2015
                                Form ID: pdf006           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Timothy M Hughes    on behalf of Debtor Gloria  Kiefer thughes@lavellelaw.com
        TOTAL: 6