UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
KIEFER, GLORIA § Case No. 10-48966
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gloria Kiefer |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Home Finance 3415 Vision Dr Columbus, OH 43219-6009 |  |  |  |  |  |
|  | Chase Home Finance c/o Codilis & Associates 15W030 North Frontage Rd., #100 Burr Ridge, IL 60527 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Providers (future) c/o Insurance co (subro rts) | | | | | |
| | Vrdolyak Law Group, LLC 9618 S. Commercial Ave. Chicago, IL 60617 | | | | | |
| | ADVANCED ORTHO | | | | | |
| | ADVANCED PHYS. MEDICINE | | | | | |
| | AMERICAN FAMILY INSURANCE | | | | | |
| | ATHENOS MEDICAL | | | | | |
| | MEDICARE | | | | | |
| | UNITED REHAB PROVIDERS | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| THE VRDOLYAK LAW GROUP, LLC | | | | | |
| THE VRDOLYAK LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 360001 Fort Lauderdale, FL 33336-0001 | | | | | |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Discover POB 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Dr. Marie C. Schlund 209 N. Walnut St Itasca, IL 60143 | | | | | |
| | Enhanced Recovery Corp 8014 Bayberry Rd. Jacksonville, FL 32256-7412 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Financial Recovery Services, Inc. P.O. Box 385908 Minneapolis, MN 55438-5908 | | | | | |
| | HSBC P.O. Box 17313 Baltimore, MD 21297-1313 | | | | | |
| | Kohl's P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Kramer & Associates P.O. Box 500 Westwood, NJ 07675 | | | | | |
| | Lagattuta DeGrazia & Oefelein, P.C. 1515 East Woodfield Rd. Suite 880 Schaumburg, IL 60173 | | | | | |
| | Redline Recovery Services, LLC 11675 Rainwater Dr. Ste. 350 Alpharetta, GA 30009-8693 | | | | | |
| | Transworld System Inc 1375 East Woodfield Rd., #110 Schaumburg, IL 60173 | | | | | |
| 000002 | CHASE BANK USA,N.A | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-48966 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | KIEFER, GLORIA | | | Date Filed (f) or Converted (c): | 10/30/10 (f) |
| | | | | 341(a) Meeting Date: | 12/20/10 |
| For Period Ending: | 01/18/15 | | | Claims Bar Date: | 05/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1225 Carswell Ave., Elk Grove Village, IL | 230,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Checking/savings account at Harris Bank | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books & Pictures | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Watch and custome jewerly | 400.00 | 0.00 | | 0.00 | FA |
| 8. Term life ins. policy with Security Life of Denver | 33.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Divorce decree child support arrears $60,000.00+ | 40,000.00 | 0.00 | | 0.00 | FA |
| 10. Current child support | 800.00 | 0.00 | | 0.00 | FA |
| 11. Personal injury suit-Kiefer v. Ashvi Patel, et al. | 100,000.00 | 83,950.00 | | 100,000.00 | FA |
| 12. 1998 Lincoln | 2,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $378,283.00 | $83,950.00 | | $100,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-48966    JPC    Judge: JACQUELINE P. COX | Trustee Name:    Phillip D. Levey |
| Case Name: | KIEFER, GLORIA | Date Filed (f) or Converted (c):    10/30/10 (f) |
| | | 341(a) Meeting Date:    12/20/10 |
| | | Claims Bar Date:    05/24/11 |

Preparation of Trustee's Final Report.

Initial Projected Date of Final Report (TFR): 12/15/13    Current Projected Date of Final Report (TFR): 11/30/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-48966 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | KIEFER, GLORIA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8180 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/17/14 | 11 | Vrdolyak Law Group, LLC | SETTLEMENT | | 35,032.90 | | 35,032.90 |
| | | VRDOLYAK LAW GROUP, LLC | Memo Amount: 100,000.00 | 1142-000 | | | |
| | | | SETTLEMENT | | | | |
| | | KIEFER, GLORIA | Memo Amount: ( 16,050.00 ) | 8100-000 | | | |
| | | | Debtor's Exemption | | | | |
| | | | Trustee's Special Counsel, Vrdolyak Law Group, Ltd., | | | | |
| | | | made an aunauthorized distribution to the debtor in | | | | |
| | | | the sum of 24,967.10 instead of her scheduled claim | | | | |
| | | | of exemption of 16,050.00. Subsequently, Vrdolyak | | | | |
| | | | Law Group, Ltd. agreed to reduce the amount of its | | | | |
| | | | claim for special counsel fees by the sum of 8,917.00 | | | | |
| | | | to compensate the estate for the over payment to the | | | | |
| | | | debtor and the Court approved the compromise. | | | | |
| | | MEDICARE | Memo Amount: ( 15,747.52 ) | 4220-000 | | | |
| | | | Statutory Lien Claim | | | | |
| | | AMERICAN FAMILY INSURANCE | Memo Amount: ( 3,333.34 ) | 4220-000 | | | |
| | | | Med-Pay Lien | | | | |
| | | ADVANCED ORTHO | Memo Amount: ( 13,906.62 ) | 4220-000 | | | |
| | | | Medical Provider Lien | | | | |
| | | UNITED REHAB PROVIDERS | Memo Amount: ( 1,604.14 ) | 4220-000 | | | |
| | | | Medical Provider Lien | | | | |
| | | ADVANCED PHYS. MEDICINE | Memo Amount: ( 2,776.43 ) | 4220-000 | | | |
| | | | Medical Povider Lien | | | | |
| | | ATHENOS MEDICAL | Memo Amount: ( 2,631.95 ) | 4220-000 | | | |
| | | | Medicla Provider Lien | | | | |
| | | KIEFER, GLORIA | Memo Amount: ( 8,917.10 ) | 8100-000 | | | |
| | | | Unauthorized Distribution | | | | |
| | | | Unauthorized distribution to debtor by Trustee's | | | | |
| | | | Special Counsel, Vrdolyak Law Group, Ltd., made | | | | |

Page Subtotals 35,032.90 0.00

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-48966 -JPC | |
| Case Name: | KIEFER, GLORIA | |
| Taxpayer ID No: | *******8180 | |
| For Period Ending: | 06/09/15 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******4995 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | without consulting Trustee. Ultimately, Trustee's Special Counsel's compensation was reduced by 8,917.10 to reimburse the estate for the unauthorized distribution. | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.19 | 35,007.71 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.00 | 34,960.71 |
| 04/01/14 | 010001 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | TRUSTEE'S BOND | 2300-000 | | 8.44 | 34,952.27 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.98 | 34,900.29 |
| 04/23/14 | 010002 | The Vrdolyak Law Group, LLC 741 North Dearborn Street Chicago, IL 60654 | Special Counsel Fees Attorney fees per Order dated April 2, 2014. | 3210-600 | | 24,416.23 | 10,484.06 |
| 04/23/14 | 010003 | The Vrdolyak Law Group, LLC 741 North Dearborn Street Chicago, IL 60654 | Attorney Expenses Reimbursement of costs advanced per Order dated April 2, 2014. | 3220-610 | | 1,669.57 | 8,814.49 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.22 | 8,764.27 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.29 | 8,749.98 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.59 | 8,737.39 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.99 | 8,724.40 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.97 | 8,711.43 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.53 | 8,698.90 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.93 | 8,685.97 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.50 | 8,673.47 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.89 | 8,660.58 |
| 03/01/15 | 010004 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 4,125.00 | 4,535.58 |
| 03/01/15 | 010005 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 47.56 | 4,488.02 |
| 03/01/15 | 010006 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,673.00 | 1,815.02 |
| 03/01/15 | 010007 | Discover Bank | Claim 000001, Payment 26.70886% | 7100-900 | | 1,668.39 | 146.63 |

Page Subtotals  0.00  34,886.27

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-48966 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | KIEFER, GLORIA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4995 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8180 | | | |
| For Period Ending: | 06/09/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/01/15 | 010008 | DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000002, Payment 26.70953% | 7100-000 | | 146.63 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 100,000.00 | COLUMN TOTALS | 35,032.90 | 35,032.90 | 0.00 |
| Memo Allocation Disbursements: | 64,967.10 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 35,032.90 | 35,032.90 | |
| Memo Allocation Net: | 35,032.90 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 35,032.90 | 35,032.90 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 100,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 64,967.10 | Checking Account (Non-Interest Earn - *******4995) | 35,032.90 | 35,032.90 | 0.00 |
| Total Memo Allocation Net: | 35,032.90 | | 35,032.90 | 35,032.90 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        146.63

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*